Thomas R. Withers v. John D. Mills and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Irving Alsberg v. George M. Newgent and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

German-American Coffee Company v. William F. Johnston.— Motion granted; questions certified. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Irving Rosenfeld v. Louis Schwartz and Others.— Motion for stay granted upon defendants' giving a bond in the penalty of $2,500 conditioned upon their paying any judgment that the plaintiff may obtain against them on the trial of the action. If this bond is not given within ten days after announcement of this decision, the motion is denied, with ten dollars costs. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Knapp & Trench, Inc.— Motion granted. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Marguerite P. Tucker v. John F. Tucker.— Motion granted. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of William Thomson and Others (In the Matter of Hamilton Place School Site).— Application granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Artie F. Richards v. Wells Fargo Express Company.— Application granted. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Alfred Miesto v. Commercial Union Assurance Company.— Motion denied, with ten dollars costs. Memorandum per curiam. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Gerald S. Griffin v. William Williams and Others.— Motion denied. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Elvira Brokaw, as Executrix, etc., v. Louis Sherry.— Motion denied, with ten dollars costs. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

International Trust Company v. William Gow and Others.— Motion granted, without costs. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Alice Bennett, an Infant, v. Louis J. Chayes.— Motion granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Samuel Shapiro v. Frederick W. Glendenning.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.